DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN D. GWYNN**,
Appellant,

v.

**WILLIAM E. JOHNSON, P.A.**,
Appellee.

No. 4D2024-0199

[August 8, 2024]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie Goodman, Judge; L.T. Case No. 50-2021-CA-011856-XXXX-MB.

Erin Pogue Newell of Open Book Appeals, Fort Lauderdale, for appellant.

Robert C. Johnson, Stuart Hartstone, and Daniel Lustig of Pike & Lustig, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***